## U.S. District Court of Northern Ohio

MOITON TO RECONSIDER SENTENCE REDUCTION

FILED
2018 JUN -6 PM 12: 40
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. -v- Alec Steinberger
CASE NO. 1-17-CR-00125-S-O(1)
JUDGE: Oliver

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[NOW COMES], ONE DEFENDANT, Alec Steinberger ASKING OF THE HONORABLE COURT TO HAVE MERCY AND GREAT CONSIDERATION, IN LIGHT OF THE RECENTLY PASSED AMENDMENT 782, FOR A SENTENCE REDUCTION OF HIS COMMITTED FEDERAL TIME. SO GIVEN BY THE COURT, IN THE Northern District OF Ohio. AND IF THE COURT FEELS ONE IS NEEDED, THE DEFENDANT ASKS OF THE COURT TO APPOINT A COURT APPOI ATTORNEY FOR HIM, PLEASE.

SO HUMBLY SUBMITTED;

RESPECTFULY,

*[signature]*

MR. Alec Steinberger

I.D.# 08703-095
P.O. BOX 10
Lisbon, OH. 44432